**In re DIVCO PHILADELPHIA SALES
CORP. also t/a Penn Franklin Oil
Company and as Harrisburg Truck
Center, Debtor.**

**Bankruptcy No. 82–00187G.**

United States Bankruptcy Court,
E.D. Pennsylvania.

Sept. 17, 1986.

Virginia R. Powel, Asst. U.S. Atty., Phil-
adelphia, Pa., Valerie R. Dinkins, Pension
Benefit Guar. Corp., Legal Dept., Washing-
ton, D.C., for Pension Benefit Guar. Corp.

Donald M. Collins, David C. Corujo,
Stradley, Ronon, Stevens & Young, Phila-
delphia, Pa., for movant/trustee Fred Zim-
merman.

Fred Zimmerman, Pennsauken, N.J.,
trustee.

Leon S. Forman, Blank, Rome, Comisky
& McCauley, Philadelphia, Pa., for debtor
Divco Philadelphia Sales Corp., t/a Penn
Franklin Oil Co. and Harrisburg Truck
Center.

## ORDER

EMIL F. GOLDHABER, Chief Judge.

Upon consideration of the Motion of Pen-
sion Benefit Guaranty Corporation (the

"PBGC") for Amendment of Opinion, and briefs and arguments of counsel thereon, it is hereby

ORDERED:

1. That the PBGC's Motion is granted;

2. That the Opinion accompanying the Court's Order of August 8, 1986, 64 B.R. 232 is hereby amended to replace the analysis of 29 U.S.C. § 1368 on pages 234–35 of the Opinion with the following:

On asserting that the claim of the Pension Fund is a tax, the trustee relies on § 4068(c)(2) of ERISA, 29 U.S.C. § 1368(c)(2). This reliance is misplaced. Section 1368 applies, by the terms of subsection (a), only to liability "under section 1362, 1363 or 1364." The PBGC did not file a claim for liability under any of the sections to which § 1368 applies. Instead, the PBGC's claims assert liability under 29 U.S.C. § 1082.